MAX SCHONER, Appellant, v. FRANCES KOEPPEL and AARON KOEPPEL, Defendants, Impleaded with SAMUEL KOEPPEL, Respondent.— Order dismissing the complaint and judgment entered thereon reversed on the law, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. The complaint states a cause of action against defendant Samuel Koeppel. The action is against plaintiff's copartner for a dissolution of the firm and an accounting. As an incident of that accounting it is proper to bring in a third party who, with one of the partners, has wrongfully deprived the partnership of some of its assets, and to require him to account therefor. (*Sweet* v. *Morrison*, 103 N. Y. 235; *Holmes* v. *Gilman*, 138 id. 369; *Webb* v. *Helion*, 26 N. Y. Super. Ct. 625; 47 C. J. 1215; Rowley Modern Law of Partnership, p. 987.) Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

## THIRD DEPARTMENT, DECEMBER, 1932.

P. J. TIERNEY SONS, INC., Appellant, v. SELLEY's EXPRESS, Respondent. SELLEY's EXPRESS, INC., Respondent, v. P. J. TIERNEY SONS, INC., Appellant.— Decision [236 App. Div. 875] amended to read as follows: Judgment reversed on the law and facts, with costs, and counterclaim dismissed, and case remitted to take evidence of the value of the chattel and of the damages, if any, suffered by the plaintiff in the replevin action for withholding the chattel, and for the purpose of granting a judgment to the plaintiff therefor. Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ., concur. This court reverses findings of fact numbered 5, 6, 7, 9, 12, 13, 14, 15, 16, 18, 19, 24, 27 and 40, and disapproves conclusions of law numbered 1, 2, 3 and 6.

In the Matter of the Claim of ARTHUR COLES and Others, Respondents, against CONNELLY HOLDING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of PATRICK STACK, Respondent, against THE KOPPERS CONSTRUCTION COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of MELCHION OTT, Respondent, against THE GREENWOOD CEMETERY, Appellant. STATE INDUSTRIAL BOARD, Respondent.* — Award reversed in so far as it makes restitution to the employer at the rate of fifteen dollars and thirty-nine cents a week, and matter remitted, with costs against the State Industrial Board, to be amended so as to allow such restitution at the rate of twenty-four dollars a week. (Workmen's Comp. Law, § 25, as amd. by Laws of 1930, chap. 316; see, also, *Jones* v. *Republic Light, Heat & Power Co.*, 230 App. Div. 745.) Van Kirk, P. J., Hinman, Rhodes and Crapser, JJ., concur; Hill, J., dissents and votes to affirm the award as made.

* Affd., 262 N. Y. ——.